UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80239-DMM

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**BURTONS GRILL OF BOCA RATON, LLC,
d/b/a BURTONS GRILL & BAR, a Florida
limited liability company**,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ, by and through undersigned Counsel, hereby gives notice that the parties have reached a in the case.  Plaintiff thus requests that the Court provide the parties twenty (20) days to allow them to finalize and execute their settlement agreement and to file the necessary dismissal document dismissing the case with prejudice.

Dated:  March 11, 2025.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 6355 N.W. 36th Street, Suite 307 |
| T. 954/362-3800 | Virginia Gardens, FL 33166 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |